IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CoSTAR REALTY INFORMATION, INC., a Delaware Corporation, and CoSTAR GROUP, INC., a Delaware Corporation<br><br>Plaintiffs,<br><br>v.<br><br>DON WALKER ENTERPRISES, a California Corporation; JOHN ALLE COMPANY, a California Corporation, and CAROLE WALKER, an individual<br><br>Defendants. | Case No _____<br><br>DKC 04 CV 2553 |

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit 1 which is an attachment to the Complaint, exists only in paper format and if scanned, will be larger than 1.5 MB. It will be filed collectively with the Clerk's Office in paper format.

I certify that I am filing and serving a paper copy of the document identified above.

Dated: August 4, 2004

Respectfully submitted,

_____
Hugh J. Marbury (Fed. Bar No. 24653)

Piper Rudnick LLP
6225 Smith Avenue
Baltimore, Maryland 21209
410-580-3000
410-580-3001 (facsimile)

Keith W. Medansky
Alan S. Dalinka

Piper Rudnick LLP
203 North LaSalle Street, Suite 1800
Chicago, Illinois 60601
312-368-4000
312-236-7516 (facsimile)

Attorneys for CoSTAR REALTY INFORMATION, INC., a Delaware Corporation, and CoSTAR GROUP, INC., a Delaware Corporation, Plaintiffs